UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**LANCE WHITE,**

    **Plaintiff,**

**v.**                                    **Case No. 1:22-cv-1217-SHMP-tmp**

**CHESTER LONG, et al.,**

    **Defendants.**

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order (D.E. No. 9) docketed February 23, 2024.

## APPROVED:

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| *February 23, 2024* | WENDY R. OLIVER |
|---|---|
| DATE | CLERK |

                                          */s/ Jairo Mendez*
                                          (By) DEPUTY CLERK